**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00785-LTB

MATTHEW A. SMITH,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (ECF No. 6) is DENIED because the Court determined in the order dismissing this action that leave to proceed *in forma pauperis* on appeal should be denied.

Dated:  April 9, 2014