# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00785-LTB

MATTHEW A. SMITH,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Joinder of Parties (ECF No. 10) is DENIED because the instant action was dismissed by order filed on March 19, 2014.

Dated: September 4, 2014