**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00785-LTB

MATTHEW A. SMITH,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Joinder of Parties (ECF No. 14) is DENIED because the instant action was dismissed by order filed on March 19, 2014.

Dated:  September 17, 2014