**FILED**  
**United States Court of Appeals**  
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**September 19, 2014**

**Elisabeth A. Shumaker**  
**Clerk of Court**

_____

In re: MATTHEW ALAN SMITH,

      Petitioner.

No. 14-1319  
(D.C. No. 1:14-CV-00785-LTB)

_____

## ORDER
_____

    The captioned case is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.

    Entered for the Court

    *[signature]*

    ELISABETH A. SHUMAKER, Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | September 19, 2014 | Chris Wolpert<br>Chief Deputy Clerk |

Matthew Alan Smith
P.O. Box 350217
Westminster, CO 80035

**RE:**     **14-1319, In re: Smith**
            Dist/Ag docket: 1:14-CV-00785-LTB

Dear Mr. Smith:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

                                          Sincerely,

                                          Elisabeth A. Shumaker
                                          Clerk of the Court

EAS/sds