**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00785-LTB

MATTHEW A. SMITH,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Joinder of Parties (ECF No. 17) is DENIED because this action is closed.

Dated:  September 24, 2014